Benno Ashrafi, Esq. (CSBN 247623)
BAshrafi@WeitzLux.com
Leonard Sandoval (CSBN 273992)
LSandoval@WeitzLux.com
WEITZ & LUXENBERG, P.C.
1880 Century Park East, Suite 700
Los Angeles, California 90067
Tel.: (310) 247-0921
Fax: (310) 786-9927

Attorneys for Plaintiffs

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE GIBSON, an individual; and LINDA GIBSON, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION, etc. et al.,<br><br>Defendants. | Case No.  CV-12-06503 RGK (MRWX)<br><br>Assigned for All Purposes To :<br>The Honorable R. Gary Klausner<br>Court Room: 850  Roybal Building<br>255 East Temple Street, Los Angeles, CA<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>Filed: June 27, 2012<br>(in Los Angeles Superior Court)<br>Removed:  July 30, 2012<br>Trial Date: None Set |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

It is so ordered that that Plaintiffs JESSE GIBSON and LINDA GIBSON dismiss the above-captioned action against all Defendants.

The parties request that the Court retain jurisdiction for the purposes of enforcing settlements.

IT IS SO ORDERED

Dated: July 02, 2013

*[signature: Gary Klausner]*

The Honorable R. Gary Klausner
Judge of the United States District Court

**WEITZ & LUXENBERG P.C.**
A PROFESSIONAL CORPORATION
LAW OFFICES
1880 CENTURY PARK EAST, SUITE 700
LOS ANGELES, CALIFORNIA 90067

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel registered to receive a Notice of Electronic Filing by electronically serving the document via the United States District Court Electronic Case filing website (CM/ECF notification system) for this case, on July 2, 2013.

DATED: July 2, 2013                    WEITZ & LUXENBERG, P.C.

By: *[signature]*
Leonard Sandoval
Attorney for Plaintiffs